**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00083-CV

**BEVER PROPERTIES, LLC, AND JESSE M. TAYLOR, D.D.S., P.A., Appellants**

**V.**

**PLANO PARKWAY OFFICE CONDOMINIUMS, A/K/A PLANO PARKWAY OFFICE OWNERS ASSOCIATIONS, AND DR. JOJO CHEUNG, D.D.S., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04855-2013**

## ORDER

We **GRANT** appellants' May 7, 2014 first unopposed motion to extend time to file brief

and **ORDER** the brief be filed no later than June 13, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE